## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TERI TKACZYK, Plaintiff

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), Defendant

# COMPLAINT

**1. Jurisdiction and Venue**

This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3), as this case arises under Title VII of the Civil Rights Act of 1964. Venue is proper in this district as the events giving rise to this complaint occurred within the Southern District of New York.

**2. Parties**

Plaintiff, Teri Tkaczyk, is a resident of Jersey City, New Jersey and was employed by Defendant in various capacities from November 2005 through the present. Defendant, National Railroad Passenger Corporation (Amtrak), is a federally chartered corporation with operations in New York, New Jersey, and other states.

**3. Factual Background**

Plaintiff was promoted to the Yardmaster position in January 2023. During the qualification process, she was subjected to public humiliation, gender-based hostility, and obstruction by management personnel. Her schedule was manipulated, she was denied opportunities to fully qualify, and she was excluded from standard support given to peers.

**4.** In March 2024, she received a full vacation payout, which was later acknowledged as a sign of seniority removal.

**5.** On or about February 4, 2024, a mechanical foreman stated over the radio, 'I thought they got rid of you,' contributing to a hostile work environment.

**6.** On July 18, 2024, a coworker sent a group message stating, 'Plus no f***ing way am I working with her there.' Plaintiff met with Trainmaster Salvador Ruiz and Assistant Superintendent Joseph Martin on July 19, 2024, regarding these issues. She was never told she was terminated and continued to work in the Yardmaster position.

**7. Legal Claims**

Plaintiff brings claims for discrimination and retaliation under Title VII of the Civil Rights Act of 1964. Defendant subjected Plaintiff to disparate treatment, created a hostile work environment, retaliated against her for protected activity, and constructively demoted her from a position she had earned through merit.

**8. PRAYER FOR RELIEF:**

WHEREFORE, Plaintiff respectfully requests that this Court grant judgment in her favor and award the following relief:
a. Compensatory damages for emotional distress, career disruption, and reputational harm;
b. Reinstatement of seniority rights and related economic benefits;
c. Punitive damages as appropriate under law;
d. Attorneys' fees and costs, if applicable;
e. Any other relief the Court deems just and proper.

Respectfully submitted,

*[signature]*

Teri Tkaczyk
93 Fairview Ave., Apt. E7
Jersey City, NJ 07304
718-249-5934
ttkaczyk1@msn.com